IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

RICHARD E. WRIGHT, JR., E65871,

    Plaintiff(s),

v.

MATTHEW CATE, et al.,

    Defendant(s).

No. C 12-5097 CRB (PR)

ORDER OF DISMISSAL

    Plaintiff, a prisoner at the Correctional Training Facility in Soledad, California, has filed a pro se complaint under 42 U.S.C. § 1983 alleging that prison officials' refusal to allow him to consummate his marriage amounts to a substantial burden on the exercise of his religion. Plaintiff raised the same allegations in a prior prisoner complaint, which is still pending. See Wright v. Cate, No. C 12-4770 CRB (PR) (N.D. Cal. filed Sept. 12, 2012).

    A prisoner complaint that merely repeats pending or previously litigated claims may be considered duplicative and dismissed under the authority of 28 U.S.C. § 1915A. Cf. Cato v. United States, 70 F.3d 1103, 1105 n.2 (9th Cir. 1995) (citing Bailey v. Johnson, 846 F.2d 1019, 1021 (5th Cir. 1988)) (duplicative in forma pauperis complaint may be considered abusive and dismissed under 28 U.S.C. § 1915). Because plaintiff raised and is litigating the same allegations and claims raised herein in Wright v. Cate, No. C 12-4770 CRB

1    (PR) (N.D. Cal. filed Sept. 12, 2012), the instant complaint is deemed duplicative
2    and is DISMISSED under the authority of 28 U.S.C. § 1915A(b).  See Cato, 70
3    F.3d at 1105 n.2.
4           The clerk shall enter judgment in accordance with this order and close the
5    file.
6    SO ORDERED.
7    DATED:  Oct. 10, 2012                    _____
                                              CHARLES R. BREYER
8                                             United States District Judge

G:\PRO-SE\CRB\CR.12\Wright, R.12-5097.dismissal.wpd

2